Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

**ATTORNEY FOR PLAINTIFF ANTHONY BOUDREAU**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY BOUDREAU, | Case No. 5:25-cv-07969-NC |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| MARIE PLONKA and DOES 1-20, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Plaintiff Anthony Boudreau dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

/s/ Glenn Katon
Glenn Katon

ATTORNEY FOR ANTHONY BOUDREAU